CHARLEY HAMILTON v. STATE.
No. A-3209. Opinion Filed April 12, 1919.
(178 Pac. 892.)

Appeal from County Court, Pittsburg County; S. F. Brown, Judge.

Charley Hamilton was convicted of the crime of unlawful possession of intoxicating liquor, and sentenced to pay a fine of $50 and to serve a term of 30 days in the county jail, and appeals. Affirmed.

PER CURIAM. This cause was submitted on the 5th day of April, 1919, on motion by the Attorney General to affirm same for failure to diligently prosecute the appeal. The petition in error and case-made were filed in this court on the 26th day of November, 1917. No brief has been filed in behalf of plaintiff in error, and it is apparent that the appeal has been abandoned and was taken for the purpose of delay only. The motion of the Attorney General to affirm the judgment for failure to diligently prosecute the appeal is sustained, and the judgment is affirmed.

---

OSCAR MORRIS v. STATE.
No. A-3139. Opinion Filed April 21, 1919.
(179 Pac. 623.)

Appeal from County Court, Tulsa County; H. L. Standeven, Judge.

Oscar Morris, convicted for a violation of the prohibitory liquor law, appeals. Affirmed.

D. M. Martindale, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. The information in this case jointly charged that in Tulsa county, on the 13th day of January, 1917, A. B. Morris, Oscar Morris and Pat Malone, did have in their possession 48 half pints of whisky with the intent then and there on the part of the said defendants to sell, barter, give away and otherwise furnish the same in violation of the prohibitory liquor laws. They were jointly tried and the jury rendered a verdict finding Oscar Morris guilty as charged in the information and fixing his penalty at confinement in the county jail for 30 days and a fine of $50. From the judgment rendered on the verdict Oscar Morris appealed by filing in this court on September 18, 1917, a petition in error with case-made. No brief has been filed. When the case was called for final submission the Attorney General moved to affirm the judgment for failure to prosecute the appeal. An examination of the record discloses that the appeal in this case is destitute of merit. The judgment appealed from is therefore affirmed. Mandate forthwith.